MATTHEW KUMIN, CSB # 177561
THE LAW OFFICES OF MATTHEW KUMIN
A PROFESSIONAL CORPORATION
870 Market Street, Suite 1128
San Francisco, CA 94102
Tel: 415-434-8454
Fax: 415-434-8453

Attorneys for Plaintiff
NORTHERN LIGHTS CHURCH
(INCLUDING ITS PASTOR AND
AND THE CONGREGATION'S
MEMBERS)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN LIGHTS CHURCH including its PASTOR, THE REVEREND DAVID A. JACK AND THE CONGREGATION'S MEMBERS<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>UNITED STATES OF AMERICA, ALBERTO GONZALES, UNITED STATES ATTORNEY GENERAL, McGREGOR W. SCOTT AS THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT ATTORNEY OF CALIFORNIA, and DOES 1-50,<br>　　　　　　　　　Defendants. | Case No. 06-00514 OWW/LJO<br><br>STIPULATION AND ORDER TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT |

　　　The parties stipulate to extend the time for plaintiff to serve the summons and complaint. The proposed new date by which service would be effected is July 28.

　　　This civil matter, as this Court knows, ties into the indictments and criminal complaint against Thunder Rector and Raylene Eidson. <u>The United States of America v. Thunder Thomas Rector</u>, No. 1:05-CRC242 OWW ALL.

1

Northern Lights Church v. USA et al./No. 06-00514 OWW/LJO
Stipulation and Order to Extend Time to Serve Summons and Complaint
PDF created with pdfFactory trial version www.pdffactory.com

This Court has continued the defendants' motion to dismiss (the motion is based upon the recent United States Supreme Court's decision in the <u>Gonsales v. O Centro Espirita Beneficiente Uniao Do Vegetal et al.</u>, No. 04-1084, 126 S. Ct. 1211; 163 L. Ed. 2d 1017; 2006 U.S. LEXIS 1815; 74 U.S.L.W. 4119) until July 18, 2006. Since this civil complaint, an effort to protect witnesses who might testify in the criminal case from prosecution, will only be prosecuted if the criminal matter goes to trial, it would be a waste of judicial time and resources and the parties' time and resources to serve it now. It makes more sense to wait until this Court rules upon the motion to dismiss. After that ruling the parties will be in a better position to address the issues raised in this civil complaint and for plaintiffs to arrange for service.

In stipulating to the above extended period of time by which plaintiff must serve defendants with their complaint in this action, defendants do not waive any of plaintiff's service requirements as set forth within the Federal Rules of Civil Procedure.

THE LAW OFFICES OF MATTHEW KUMIN, P.C.

Dated: June 22, 2006

MATTHEW KUMIN
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney
BRIAN ENOS
Assistant United States Attorney

(As authorized June 26, 2006)

____/s/ Brian W. Enos_____

Dated: June 26, 2006

Brian Enos
Attorneys for Defendants

///

///

///

2

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good Cause appearing and the parties having stipulated, Plaintiffs shall have until July 28, 2006 to serve the complaint and summons in this matter.

IT IS SO ORDERED

DATED:  June 27, 2006                    /s/ OLIVER W. WANGER\_\_\_\_\_
                                         OLIVER W. WANGER
                                         UNITED STATES DISTRICT COURT JUDGE

3

Northern Lights Church v. USA et al./No. 06-00514 OWW/LJO
Stipulation and Order to Extend Time to Serve Summons and Complaint

PDF created with pdfFactory trial version www.pdffactory.com