UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN LIGHTS CHURCH including<br>its PASTOR, THE REVEREND DAVID A.<br>JACK AND THE CONGREGATION'S<br>MEMBERS,<br><br><br>                          Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br>ET AL.,<br><br><br>                          Defendant. | 1:06-CV-00514 OWW LJO<br><br>**ORDER DISMISSING ACTION** |

        Pursuant to the notice of voluntary dismissal filed

pursuant to FRCvP 41,

        IT IS HEREBY ORDERED that this matter is dismissed with

prejudice.


IT IS SO ORDERED.

**Dated:    November 1, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                             UNITED STATES DISTRICT JUDGE

1